IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO. 5:18-bk-01366
:
Mark Margallis, : Chapter 13
    Debtor :
:
Mark Margallis, :
    Movant :

## VERIFICATION REGARDING PROOF OF INCOME

**I, Mark Margallis,** hereby state as follows:

1. I am currently employed full-time by Eric Eric Shymanski Landscaping and I earn average wages of $2,253.33 per month.

2. My girlfriend and her 17-year-old son live in the household and she contributes $1,300.00 per month.

3. I have submitted to the trustee documentary proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: May 8, 2018                         /s/ **Mark Margallis**
                                                         Mark Margallis
                                                         Debtor