**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | |
| **Mark Margallis** | : | **Case No. 5:18-bk-01366-RNO** |
| Debtor | : | **Chapter 13** |
| | : | |
| **Mark Margallis** | : | **Related to Doc. 30** |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| **Eric Shymanski Landscaping** | : | |
| | : | |
| **Charles J. DeHart, III, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| | : | |

**CERTIFICATE OF SERVICE WAGE ATTACHMENT ORDER**

I, Sharla Munroe the undersigned Paralegal of the law firm McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage attachment Order filed herewith upon the attached Matrix via United States First Class Mail[*].

EXECUTED ON: May 9, 2018

> By:  /s/ Sharla Munroe
> Sharla Munroe, Paralegal
> 1641 Saw Mill Run Boulevard
> Pittsburgh, PA 15210
> (412)765-3606

MATRIX

<u>Service by First-Class Mail</u>

Charles J. DeHart, III (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Erik Shymanski Landscaping
Attn: Payroll Department
416 Washington Avenue
Wyoming, PA 18644

Mark Margallis
49 Hazel Street
Swoyersville, PA 18704