```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                              Case No. 18-01366-RNO
Mark Margallis                                                      Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5       User: AGarner           Page 1 of 1           Date Rcvd: May 23, 2018
                           Form ID: ntcnfhrg       Total Noticed: 11
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2018.
```
db            +Mark Margallis,    49 Hazel Street,    Swoyersville, PA 18704-2125
5043791      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court:   Capital One Bank Usa N,    15000 Capital One Dr,
                Richmond, VA 23238)
5043793       +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
5043794       +KML,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5043791        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 23 2018 19:02:30
                Capital One Bank Usa N,    15000 Capital One Dr,    Richmond, VA 23238
5043792       +E-mail/Text: bankruptcy@cavps.com May 23 2018 19:03:55     Cavalry Portfolio Serv,
                Po Box 27288,    Tempe, AZ 85285-7288
5045273       +E-mail/Text: bankruptcy@cavps.com May 23 2018 19:03:55     Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
5043795        E-mail/Text: camanagement@mtb.com May 23 2018 19:03:38     M & T Bank,    1 Fountain Plz,
                Buffalo, NY 14203
5062396        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2018 19:02:30
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5044505       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2018 19:19:21
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5043796       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2018 19:02:30
                Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
5043797       +E-mail/PDF: gecsedi@recoverycorp.com May 23 2018 19:02:28     Syncb/Lowes,    Po Box 965005,
                Orlando, FL 32896-5005
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5058698*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court:   Capital One Bank Usa N,    15000 Capital One Dr,
                Richmond, VA 23238)
5058699*      +Cavalry Portfolio Serv,    Po Box 27288,    Tempe, AZ 85285-7288
5058700*      +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
5058701*      +KML,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
5058702*     ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                (address filed with court:   M & T Bank,    1 Fountain Plz,    Buffalo, NY 14203)
5058703*      +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
5058704*      +Syncb/Lowes,    Po Box 965005,    Orlando, FL 32896-5005
                                                                                 TOTALS: 0, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Paul W McElrath, Jr.   on behalf of Debtor 1 Mark  Margallis ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Mark Margallis<br>Debtor(s) | Chapter<br>Case No. | 13<br>5:18−bk−01366−RNO |

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **July 10, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: July 17, 2018<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: AGarner, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 23, 2018 |