## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   MARK MARGALLIS

          Debtor(s)

                                                CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
          Movant                             CASE NO: 5-18-01366-RNO

vs.

MARK MARGALLIS

          Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on October 11, 2018, Charles DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

                                     Respectfully submitted,

                                     s/   Charles J. DeHart, III
                                     Charles J. DeHart, III, Trustee
                                     8125 Adams Drive, Suite A
                                     Hummelstown, PA  17036
                                     Phone:  (717) 566-6097

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     MARK MARGALLIS

                              CHAPTER 13

          Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE                 CASE NO: 5-18-01366-RNO
          Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion.  Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

| **CONFERENCE before Trustee:** | **HEARING:** |
|---|---|
| November 7, 2018  at 9:00 am | November 7, 2018 at 09:30 AM |
| U.S. Bankruptcy Court | U.S. Bankruptcy Court |
| Max Rosenn U.S. Courthouse | Max Rosenn U.S. Courthouse |
| 197 S. Main Street | 197 S. Main Street |
| Wilkes Barre, PA | Wilkes Barre, PA |

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place.

1.   You have paid the following and have confirmed payment with Trustee DeHart's office.

**AMOUNT DELINQUENT AS OF LAST MONTH:  $ 3338.58**
**AMOUNT DUE FOR THIS MONTH: $1669.29**
**TOTAL AMOUNT DUE BEFORE CONFERENCE/HEARING DATE:  $5007.87**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service.  Doing so will delay processing of your payment and **may result in dismissal of your case.**

    If **submitting payment by U.S. First Class Mail** mail to**:**
        **CHARLES J. DEHART, III, PO BOX 7005, LANCASTER, PA  17604**

    If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2.    You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the Court, or

3.    You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  October 11, 2018

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    MARK MARGALLIS

CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III                 CASE NO: 5-18-01366-RNO
CHAPTER 13 TRUSTEE
Movant

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 11, 2018, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

PAUL W McELRATH, JR, ESQUIRE            Served electronically
McELRATH LEGAL HOLDINGS, LLC
1641 SAW MILL RUN BLVD
PITTSBURGH, PA  15210-


MARK MARGALLIS                        Served by 1st Class Mail
49 HAZEL STREET
SWOYERSVILLE, PA  18704


United States Trustee
228 Walnut Street
Suite 1190                            Served electronically
Harrisburg, PA  17101


I certify under penalty of perjury that the foregoing is true and correct.

Date:  October 11, 2018            Liz Joyce
                                   for Charles J. DeHart, III, Trustee
                                   Suite A, 8125 Adams Dr.
                                   Hummelstown, PA  17036
                                   Phone:  (717) 566-6097
                                   eMail: dehartstaff@pamd13trustee.com

IN RE:    MARK MARGALLIS

                      CHAPTER 13

        Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE

        Movant                  CASE NO: 5-18-01366-RNO

vs.

MARK MARGALLIS                  MOTION TO DISMISS

## <u>ORDER DISMSSING CASE</u>

      Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.