```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 18-01366-RNO
Mark Margallis                                                      Chapter 13
        Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-5         User: AGarner            Page 1 of 2            Date Rcvd: Nov 08, 2018
                             Form ID: ordsmiss        Total Noticed: 13


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2018.
db             +Mark Margallis,    49 Hazel Street,    Swoyersville, PA 18704-2125
5043793        +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
5043794        +KML,   701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
5113992        +Luzerne County Flood Protection Authority,     c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5043791         EDI: CAPITALONE.COM Nov 09 2018 00:18:00      Capital One Bank Usa N,   15000 Capital One Dr,
                 Richmond, VA 23238
5043792        +E-mail/Text: bankruptcy@cavps.com Nov 08 2018 19:14:21      Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
5045273        +E-mail/Text: bankruptcy@cavps.com Nov 08 2018 19:14:21      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5043795         E-mail/Text: camanagement@mtb.com Nov 08 2018 19:14:09      M & T Bank,   1 Fountain Plz,
                 Buffalo, NY 14203
5072042         E-mail/Text: camanagement@mtb.com Nov 08 2018 19:14:09      M&T Bank,   P.O. Box 1288,
                 Buffalo, NY 14240-1288
5062396         EDI: PRA.COM Nov 09 2018 00:18:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
5044505        +EDI: PRA.COM Nov 09 2018 00:18:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
5043796        +EDI: PRA.COM Nov 09 2018 00:18:00      Portfolio Recovery Ass,   120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4952
5043797        +EDI: RMSC.COM Nov 09 2018 00:18:00      Syncb/Lowes,   Po Box 965005,    Orlando, FL 32896-5005
                                                                                                TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Luzerne County Flood Protection Authority,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5058698*       ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:   Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238)
5058699*       +Cavalry Portfolio Serv,    Po Box 27288,    Tempe, AZ 85285-7288
5058700*       +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
5058701*       +KML,   701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
5058702*       ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
               (address filed with court:   M & T Bank,    1 Fountain Plz,   Buffalo, NY 14203)
5058703*       +Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
5058704*       +Syncb/Lowes,    Po Box 965005,    Orlando, FL 32896-5005
                                                                                         TOTALS: 0, * 9, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
              James Randolph Wood   on behalf of Creditor    Luzerne County Flood Protection Authority
               jwood@portnoffonline.com, jwood@ecf.inforuptcy.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Paul W McElrath, Jr.   on behalf of Debtor 1 Mark  Margallis ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com

        United States Trustee   ustpregion03.ha.ecf@usdoj.gov

        TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Mark Margallis, | Chapter 13 |
| **Debtor 1** | |
| | Case No. 5:18–bk–01366–RNO |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated: November 8, 2018

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: AGarner, Deputy Clerk

ordsmiss (05/18)